UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR L. WEAVER,<br><br>    Plaintiff,<br><br>v.<br><br>MARK BRNOVICH, et al.,<br><br>    Defendants. | Case No. 22-cv-06824-KAW<br><br>**ORDER TRANSFERRING CASE TO DISTRICT OF ARIZONA**<br><br>Re: Dkt. No. 1 |

Plaintiff Victor L. Weaver is a resident of Maricopa, Arizona, who is suing the State of Arizona, Phoenix Police Department and Detective Eduardo Castillo, Maricopa County Prosecutors Office and Adam Rowley, and Superior Court Judge Timothy J. Ryan for various constitutional violations related to the apparent execution of a search warrant related to violations of Arizona state statutes. (*See* Compl. at 2-3, 7-8.)

Venue generally is proper in a judicial district in which: (1) any defendant resides, if all defendants are residents of the state in which the district is located; (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986). Orders respecting venue are interlocutory in nature and are not appealable prior to final judgment. *Pacific Car & Foundry Co. v. Pence*, 403 F.2d 949 (9th Cir. 1968).

Here, there is no information connecting the complaint to California. All Defendants reside in Arizona, and the events giving rise to the claim occurred in Arizona. (Compl. at 7-10.)

1  There are no facts that would suggest that any Defendant is subject to this Court's personal
2  jurisdiction, or that the case could not have been filed in the District of Arizona. Where a case is
3  filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it
4  to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a). Accordingly, the
5  Court TRANSFERS the case to the United States District Court for the District of Arizona.
6      IT IS SO ORDERED.
7  Dated: November 3, 2022

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge